UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY ALVAREZ,

                              Plaintiff,                          23 Civ. 3898 (PAE)
                    -v-
                                                                  ORDER

P.M. CONSTRUCTION SERVICES, LLC., et al.,

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

On June 22, 2023, in light of the parties' representation that they had agreed to proceed in arbitration, the Court stayed the above-captioned case for the duration of the arbitration proceedings and ordered the parties to file a joint status update every 60 days. The first of those status updates was due August 22, 2023. The parties did not file any such update.

The Court orders the parties to file a joint update by September 1, 2023 as to the status of this case and the arbitration proceedings. The next status update will be due 60 days thereafter, on November 1, 2023.

SO ORDERED.

                                                        _____
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated:  August 29, 2023
        New York, New York