UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROY ALVAREZ,

                                   Plaintiff,

               -v-

P.M. CONSTRUCTION SERVICES, LLC,

                                  Defendants.

23 Civ. 3898 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 22, 2023, the Court issued an order staying the case for the duration of the arbitration proceedings and directing the parties to file a joint status update every 60 days. Dkt. 20. The parties last status update was submitted on November 2, 2023. Dkt. 25. They have failed to file timely status updates since then. The Court directs the parties to file a joint status update by September 20, 2024, and to file status updates every 60 days thereafter.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: September 11, 2024
         New York, New York